UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**LARRY ABNEY and CYNTHIA ABNEY**                                    **PLAINTIFFS**

**V.**                                    **CIVIL ACTION NO.1:07CV711 LTS-RHW**

**STATE FARM FIRE AND CASUALTY COMPANY, ET AL.**          **DEFENDANTS**

## ORDER

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED**

That the motion [135] of E. A. Renfroe & Company, Inc., for sanctions is hereby **DENIED**.

**SO ORDERED** this 4th day of June, 2008.

s/ L. T. Senter, Jr.
L. T. SENTER, JR.
SENIOR JUDGE